CT Corporation

**Wolters Kluwer**

28 Liberty St.
New York, NY 10005

Phone (212) 894 8940
www.ct.wolterskluwer.com
www.wolterskluwer.com

February 16, 2023

Office of the Clerk
Joseph P. Kinneary U.S. Courthouse
Att: Scott Miller
85 Marconi Boulevard, Room 121
Columbus, Ohio 43215

RE: OHIO CHANGE OF AGENT TO BE FILED WITH THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF THE STATE OF OHIO UNDER THE PROVISION OF FEDERAL LAW RELATING TO SURETY COMPANIES FURNISHING BOND FOR FEDERAL COURTS WHICH HAVE QUALIFIED WITH THE SECRETARY OF THE TREASURY (AS REQUIRED BY TITLE 31 U.S.C. 9306 (96 STAT. 1048) UNDER REGULATIONS ISSUED IN CONNECTION THEREWITH) FOR:

SWISS RE CORPORATE SOLUTIONS PREMIER INSURANCE CORPORATION (MO. DOM.)

Dear Sir/Madam,

The above named company has complied with the requirements of Federal Law requiring corporation, which are issuing surety bonds to be used in Federal Courts, to have an agent for service of process on file with the Clerk of the United States District Court for the Southern District for the state of Ohio and at each divisional office of the court within the Southern District. Pursuant to the instructions of counsel for said corporation, I attach herewith the form necessary to change the agent for service of process for the above corporation from: Shelbi Sullenberger to:

Benjamin Zeiger
c/o C T Corporation System
4400 Easton Commons Way Suite 125
Columbus, Ohio 43219

While the address in the Power of Attorney form is in the office of Benjamin Zeiger, the statutes require that he be a resident of the Southern District of the state of Ohio and Mr. Zeiger resides within the state.

Will you please place one copy of the attached Power of Attorney (Process agent) form on file in your office and file a copy in each divisional office of the court, within the Southern District of the state of Ohio. Please advise us of the date of filing and return Certificate of Acknowledgement of such filing.

Kindly remove the name of Shelbi Sullenberger (Southern District) as process agent for the above named company as his authority to act has been terminated.

(1)

**CT** CORPORATION

If there are any further requirements or if there are any questions in connection with the filing, please contact the undersigned concerning same.

Thank you for your attention to this matter.

Very truly yours,

C T Corporation System

Marie Hauer, Manager Agent Services
28 Liberty St.
New York, NY 10005
marie.hauer@wolterskluwer.com